ROBERT M. CURTISS, Appellant, *v.* JOHN C. MOTT, Respondent.

*Curtiss* v. *Mott*, 90 Hun, 439, appeal dismissed.
(Argued January 16, 1899; decided January 16, 1899.)

APPEAL from an order of the late General Term of the Supreme Court in the first judicial department, entered November 21, 1895, reversing a judgment in favor of plaintiff entered upon a verdict, and granting a new trial.

*George J. Kilgen* and *John R. Tressider* for appellant.

*Lemuel Skidmore* for respondent.

Appeal dismissed on argument, with costs.